FILED
2016 NOV 2 PM 1 45

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO  KENNETH JORDAN, CLERK
EASTERN DIVISIONS  U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

IN RE:                         CHAPTER 13

Jason Keith Mauger      CASE NO 16-50203
(debtor(s) name)
                                         JUDGE Hoffman

NOTICE OF CHANGE OF ADDRESS
(DEBTOR ADDRESS)

| | Print or Type - Last Name, First Name, Middle Initial | | | | |
|---|---|---|---|---|---|
| Your Name | MAUGER JASON K | | | | |
| Your Name | Print or Type - Last Name, First Name, Middle Initial | | | | |
| | No. and Street | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. |
| Old Address | 1505 Early Spring Drive | | | | |
| | City and State | State | | ZIP Code | |
| | Lancaster OH | | | 43130 - | |
| | No. and Street | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. |
| New Address | 603 East Sixth Avenue | | 4 | | |
| | City and State | State | | ZIP Code | |
| | Lancaster, Ohio | OH | | 43130 | |
| Sign Here | Signature: Jason Mauger | Date new address in effect: 8-4-2016 | Case No. 16 50203 | | |

CHANGE OF ADDRESS REQUEST FOR Chapter 13

COPIES TO:

UNITED STATES BANKRUPTCY COURT
170 N. HIGH ST
COLUMBUS OH 43115

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215

Please Send Refund check to
603 East Sixth Avenue Lancaster
OH, 43130